# Criminal Case Cover Sheet      U.S. District Court

**Place of Offense:**
City ____Hagåtña____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00091**
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ____ No _X_**    **Matter to be sealed: _X_ Yes ____ No**

Defendant Name ____Mi Young Lee____

Alias Name _____

Address _____
____Tamuning, GU____

Birthdate __xx/xx/1974__ SS# ____ Sex _F_ Race _A_ Nationality __Korean__

**RECEIVED NOV 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson____

**Interpreter:** ____ No _X_ Yes    List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___    ____ Petty   ____ Misdemeanor   _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 1028(a)(7) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __NOV 15 2006__    Signature of AUSA: ____[signature]____