seal

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00091 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION TO SEAL RECORD** |
| MI YOUNG LEE, | ) |
| Defendant. | ) |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case until the arrest of the defendant and that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 15th day of November 2006.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: _____
     KARON V. JOHNSON
     Assistant U.S. Attorney

ORIGINAL