LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MI YOUNG LEE, <br><br> Defendant. | CRIMINAL CASE NO. 06-00091 <br><br> **ORDER TO DISMISS** <br> **SUPERSEDING INDICTMENT** |

The United States' Motion to Dismiss the Superseding Indictment, without prejudice, as to defendant, MI YOUNG LEE, is hereby granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jan 25, 2008**