mileeuns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America



FILED
DISTRICT COURT OF GUAM

FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MI YOUNG LEE,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 06-00091<br><br>APPLICATION TO<br>UNSEAL RECORD |

　　The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the government has dismissed the charges against the defendant and the investigation in this matter is now complete.

　　Respectfully submitted this 8h day of February 2008.

　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　By:　*/s/ Karon V. Johnson*
　　　　　　　　　　　　　　　　KARON V. JOHNSON
　　　　　　　　　　　　　　　　Assistant U.S. Attorney